

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00314-CR

Armando **CARRION**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4953
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 21, 2015.

_____
Luz Elena D. Chapa, Justice